| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court - Southern District Of New York | | |
| Plaintiff: Blackmoss Investments Inc., et al | | |
| Defendant: ACA Capital Holdings, Inc., and Alan S. Roseman | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV10528 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint for Violations of Federal Securities Laws

3. a. Party served:                    Alan S. Roseman
   b. Person served:                   Alan S. Roseman, Personally

4. Address where the party was served:  314 W 78th Street
                                        New York, NY 10024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Nov. 28, 2007 (2) at: 8:05PM

7. Person Who Served Papers:
   a. Michael Keating
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

11-29-07
(Date)    (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.
   My Commission Expires 2-17-10
                         (Date)

AFFIDAVIT OF SERVICE
Summons & Complaint

DEC 4 2007

(Notary Public)
JOHN J. WALKER  sarud.101890
Notary Public, State of New York
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 17, 20 10