UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKMOSS INVESTMENTS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>ACA CAPITAL HOLDINGS, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-10528-RWS<br><br>CLASS ACTION |
| ANDREW F. ROSE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>ACA CAPITAL HOLDINGS, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:08-cv-00253-UA<br><br>CLASS ACTION |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that class member Guido Bergamini, by his counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Guido Bergamini as Lead Plaintiff; (iii) approving Guido Bergamini's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Abraham Fruchter & Twersky LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Guido Bergamini submits herewith a Memorandum of Law and Declaration of Mario Alba Jr. dated January 22, 2008.

DATED: January 22, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


/s/ *Mario Alba Jr.*
MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

[Proposed] Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Mario Alba Jr.*
MARIO ALBA JR.

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:MAlba@csgrr.com

ACA CAPITAL
Service List - 1/18/2008    (07-0258)
Page 1 of 1

**Counsel For Defendant(s)**

Legal Department
ACA Capital Holdings, Inc.
140 Broadway
New York, NY  10005
   212/375-2000

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
   212/279-5050
   212/279-3655 (Fax)

Lynda J. Grant
Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY  10022
   212/838-7797
   212/838-7745 (Fax)

Steven J. Toll
S. Douglas Bunch
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
   202/408-4600
   202/408-4699 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKMOSS INVESTMENTS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>ACA CAPITAL HOLDINGS, INC., et al.,<br><br>  Defendants. | Civil Action No. 1:07-cv-10528-RWS<br><br>CLASS ACTION |
| ANDREW F. ROSE, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>ACA CAPITAL HOLDINGS, INC., et al.,<br><br>  Defendants. | Civil Action No. 1:08-cv-00253-UA<br><br>CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Guido Bergamini for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr. in support thereof, and good cause appearing therefor:

1.  The Actions are hereby consolidated;

2.  Guido Bergamini is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934; and

3.  The law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Abraham Fruchter & Twersky LLP are hereby appointed Lead Counsel.

IT IS SO ORDERED.


DATED: _____    _____
THE HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE