```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

-----------------------------------------X
BLACKMOSS INVESTMENTS, INC., ET AL.,

        Plaintiffs,

  - against -

ACA CAPITAL HOLDINGS, INC., ET AL.,

        Defendants.
-----------------------------------------X

ANDREW F. ROSE, ET AL.,

        Plaintiffs,

  - against -

ACA CAPITAL HOLDINGS, INC., ET AL.,

        Defendants.
-----------------------------------------X

07 Civ. 10528 (RWS)

O R D E R

08 Civ. 253 (UA)

O R D E R

**Sweet, D.J.,**

    The motion for, consolidation, appointment of lead plantiff, and selection of lead counsel filed by the "Individual Investor Group" dated January 22, 2008 shall be heard at noon on Wednesday, March 19, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**January 3 /, 2008**

                            ROBERT W. SWEET
                                U.S.D.J.