UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKMOSS INVESTMENTS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ACA CAPITAL HOLDINGS, INC. and ALAN S. ROSEMAN,<br><br>    Defendants. | No. 1:07-cv-10528 (RWS) |
| ANDREW F. ROSE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ACA CAPITAL HOLDINGS, INC. and ALAN S. ROSEMAN,<br><br>    Defendants. | No. 1:08-cv-00253 (UA) |

**THE INDIVIDUAL INVESTOR GROUP'S RESPONSE TO THE COMPETING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Ramesh Gandi and Hyman Silverglad (collectively, the "Individual Investor Group" or "Movant") respectfully submit this response to the competing motion for appointment of Lead Plaintiff in the above-captioned case.

Having reviewed the competing motion filed by Guido Bergamini, it appears that the Individual Investor Group does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). For this reason, the Individual Investor Group does not oppose the motion of Guido Bergamini for appointment as Lead Plaintiff.

If, for any reason, Guido Bergamini is unable to serve as Lead Plaintiff in this action, the Individual Investor Group stands ready to serve as Lead Plaintiff if called upon by the Court.

Dated: February 8, 2008

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

　　　/s/　　Catherine A. Torell
Catherine A. Torell (CT-0905)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

　　　　- and -

Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for the Individual Investor Group and Proposed Lead Counsel for the Class*