Sweet/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

BLACKMOSS INVESTMENTS INC., Individually And
On Behalf Of All Others Similarly Situated,

                         Plaintiff,

           - against -

ACA CAPITAL HOLDINGS, INC. et al.,

                        Defendants.



07 CIV. 10528 (RWS)
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08

----------------------------------------------------------x

ANDREW F. ROSE, Individually An On Behalf of All
Others Similarly Situated,

                         Plaintiff,

           - against -

ACA CAPITAL HOLDINGS, INC., et al.,

                        Defendants.
----------------------------------------------------------x

08 Civ. 253 (RWS)
ECF CASE

**STIPULATION
EXTENDING TIME TO
ANSWER, MOVE OR
OTHERWISE RESPOND**

       WHEREAS, the above-referenced actions are subject to the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

       WHEREAS, on August 11, 2008, the Court entered an order (i) consolidating the above-referenced actions; (ii) appointing Guido Bergamini as lead plaintiff; and (iii) appointing Coughlin Stoia Geller Rudman & Robins LLP and Abraham Fruchter & Twersky as lead counsel for the purported class; and

       WHEREAS, Lead Plaintiff will be filing a consolidated and amended complaint ("Amended Complaint") in the consolidated action;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Defendants will accept service of the Amended Complaint through service on Defendants' undersigned counsel.

IT IS FURTHER STIPULATED AND AGREED by and among counsel for the respective parties hereto, that the Amended Complaint shall be filed within sixty (60) days after the Court has so ordered this Stipulation and it has been entered on the docket.

IT IS FURTHER STIPULATED AND AGREED by and among counsel for the respective parties hereto, that (i) Defendants' time to answer, move against or otherwise respond to the Amended Complaint shall be extended until the sixtieth (60) day after the Amended Complaint is filed, (ii) in the event a motion to dismiss is filed, any memorandum in opposition to such motion to dismiss shall be filed within sixty (60) days of the filing of the motion to dismiss, and (iii) any reply memorandum in support of the motion to dismiss shall be filed within forty-five (45) days of the filing of any memorandum in opposition to the motion to dismiss.

Dated: New York, New York
August 20, 2008

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON, LLP

By: _____
Douglas H. Flaum
Stephanie Goldstein

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
douglas.flaum@friedfrank.com
stephanie.goldstein@friedfrank.com

*Attorneys for Defendants*
ACA Capital Holdings, Inc. and
Alan S. Roseman

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _____
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.

58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@csgrr.com
drosenfeld@csgrr.com
malba@csgrr.com

ABRAHAM FRUCHTER & TWERSKY
 LLP
Jack G. Fruchter
One Pennsylvania Plaza, Suite 1910
New York, NY 10119
(212) 279-5050
jfruchter@aftlaw.com

*Attorneys for Lead Plaintiff*
 Guido Bergamini

IT IS SO ORDERED.

Date: __9 . 8__, 2008

_____
Robert W. Sweet
United States District Judge

7092394

3